```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                               SEP 2 3 2009

                          CENTRAL DISTRICT OF CALIFORNIA
                          BY   mk                DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 09-1423M |
| Plaintiff, ) | |
| v. ) | **ORDER OF DETENTION** |
| SEAN DANIEL CRAWFORD, ) | |
| Defendant. ) | |

I.

A.     ( ) On motion of the Government involving an alleged:

       1.     ( ) crime of violence.

       2.     ( ) offense with maximum sentence of life imprisonment or death.

       3.     ( ) narcotics or controlled substance offense with maximum sentence of ten or more years.

       4.     ( ) felony where defendant was convicted of two or more prior offenses described above.

       5.     ( ) felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

B.  (X) On motion by the Government ( ) the court's own motion, in a case allegedly involving:

(X) the further allegation by the Government that there is:

1.  (X) a serious risk defendant will flee.
2.  ( ) a serious risk defendant will:
    a. ( ) obstruct or attempt to obstruct justice.
    b. ( ) threaten, injure, or intimidate a prospective witness or juror, or attempt to do so.

C.  The Government is (X) is not () entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure defendant's appearance as required and the safety of any person or the community.

## II.

The court has considered:

A.  the nature and circumstances of the offense(s), including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor or a controlled substance, firearm, explosive, or destructive device;
B.  the weight of evidence against the defendant;
C.  the history and characteristics of the defendant; and
D.  the nature and seriousness of the danger to any person or to the community.

## III.

The court has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report.

## IV.

A.  The court finds that no condition or combination of conditions will reasonably assure:
    1.  (X) the appearance of defendant as required,
        ( ) and/or
    2.  ( ) the safety of any person or the community.

B. The court bases the foregoing finding(s) on the following:

1. (X) Flight Risk: The history and characteristics indicate a serious risk that defendant will flee because: <u>(1) he lacks sufficient bail resources.</u>

2. (X) Danger: Defendant poses a risk to the safety of other persons or the community because: <u>of the instant allegations.</u>

3. (X) <u>See also</u> Pretrial Services Report/Memorandum.

4. (X) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

V.

A. The court finds that a serious risk exists that defendant will:

1. ( ) obstruct or attempt to obstruct justice.
2. ( ) threaten, injure or intimidate a witness or juror.
3. ( ) attempt to threaten, injure or intimidate a witness or juror.

B. The court bases the foregoing finding(s) on the following:

_____

( ) <u>See also</u> Pretrial Services Report/Memorandum.

VI.

A. IT IS THEREFORE ORDERED, without prejudice, that defendant be detained prior to trial.

B. IT IS FURTHER ORDERED that defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

C. IT IS FURTHER ORDERED that defendant be afforded a reasonable opportunity for private consultation with counsel.

D. IT IS FURTHER ORDERED that, on order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections

| | |
|---|---|
| 1 | facility in which defendant is confined shall deliver defendant to a United States |
| 2 | marshal for the purpose of an appearance in connection with a court proceeding. |
| 3 | DATED: ___Sept. 23___, 2009. |
| 4 | |
| 5 | _____ |
| 6 | Fernando M. Olguin<br>United States Magistrate Judge |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |